# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES HILPAS ZARAGOZA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | Case No. 1:26-cv-03026-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT PETITIONER'S UPDATED ADDRESS AND TO RE-SERVE OPPOSITION ON PETITIONER AT CURRENT ADDRESS |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 8, 2026, Respondent filed an opposition to the petition and request to lift the no-transfer order. (ECF No. 7.) In the opposition, Respondent asserts that Petitioner has agreed to voluntary departure and on "April 27, 2026, before the Court entered its no-transfer order, ECF 6, Petitioner was transferred to the Florence Staging Area." (Id. at 1.) On May 11, 2026, Respondent filed a certificate of service indicating that the opposition was mailed to Petitioner at the California City Detention Center. (ECF No. 8.) However, as noted by Respondent in the opposition, Petitioner has been transferred to the Florence Staging Area.

\\\

\\\

\\\

1

Accordingly, the Court HEREBY ORDERS that within **TWO (2) days** of the date of service of this order, Respondent SHALL:

1. File an updated address for Petitioner; and

2. Re-serve the opposition (ECF No. 7) on Petitioner at his current address and file a certificate of service.

IT IS SO ORDERED.

Dated:   **May 12, 2026**                    /s/ *Erin P. Grosj*
                                                 UNITED STATES MAGISTRATE JUDGE

2